Case 09-40950    Filed 09/28/09    Doc 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

2009-40950
FILED
September 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002118017

IN RE:  
Soliz, Max  
Soliz, Judy

)
)
)
)
)
) Bankruptcy Case No.
)
)
)
)
_____ Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, [**required** with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]

**OR**

☐ typed in scannable format on paper, consisting of ___ pages and listing a total of _____ creditors, [only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]

**OR**

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __8__ creditors, [**required** with electronically filed petitions]

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **September 28, 2009**

/s/ Max Soliz  
Debtor's Signature

/s/ Judy Soliz  
Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

creditor

Dell
DFS Correspondence
P.O. Box 81577
Austin, TX  78708


Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812


IndyMac Bank
Customer Service Advocate
P.O. Box 4045
Kalamazoo, MI  49003


IRS
PO Box 21126
Philadelphia, PA  19114


JC Penney
Attn: Bankruptcy Dept.
P.O. Box 103126
Roswell, GA  30076


Sallie Mae
P.O. Box 9500
Wilkes Barre, PA  18773


Wachovia Dealer Services, Inc.
Attn: Correspondence
P.O. Box 168048
Irving, TX  75016

```
Dell
DFS Correspondence
P.O. Box 81577
Austin, TX  78708

Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812

IndyMac Bank
Customer Service Advocate
P.O. Box 4045
Kalamazoo, MI  49003

IRS
PO Box 21126
Philadelphia, PA  19114

JC Penney
Attn: Bankruptcy Dept.
P.O. Box 103126
Roswell, GA  30076

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA  18773

Wachovia Dealer Services, Inc.
Attn: Correspondence
P.O. Box 168048
Irving, TX  75016
```